EMARD, DANOFF, PORT & TAMULSKI, LLP
James J. Tamulski (State Bar #64880)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:    (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:    jtamulski@edptlaw.com

Attorneys for Defendants
LA BAER INN, EDWARDS 1991 REVOCABLE TRUST;

CARRIAGE HOUSE INN, EDWARD M. SILVERA dba CARRIAGE HOUSE INN, and SILVERA 2001 TRUST;

DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba DRIFTWOOD LODGE, EDWARDS TRUST;

THUNDERBIRD MOTEL, MICHAEL BLANK dba THUNDERBIRD MOTEL; and

TRAVEL INN, AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDI MILLARD,<br><br>    Plaintiff,<br><br>    vs.<br><br>LA BAER INN, EDWARDS 1991 REVOCABLE TRUST,<br><br>    Defendants. | No.:   CIV-S03-1467 WBS/GGH<br><br>RELATED CASE NOS.<br>**CIV-S03-1468 WBS/GGH**<br>CIV-S03-1480 WBS/GGH<br>CIV-S03-1481 WBS/GGH<br>CIV-S03-1482 WBS/GGH<br><br>**SUBSTITUTION OF ATTORNEYS** |
| ANDI MILLARD,<br><br>    Plaintiff,<br><br>    vs.<br><br>CARRIAGE HOUSE INN; EDWARD M. SILVERA dba CARRIAGE HOUSE INN, SILVERA 2001 TRUST,<br><br>    Defendants. | |

- 1 -

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc

| | |
|---|---|
| 1 | ANDI MILLARD, |
| 2 | Plaintiff, |
| 3 | vs. |
| 4 | DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba |
| 5 | DRIFTWOOD LODGE; and DOES 1 through 35, inclusive, |
| 6 | |
| | Defendants. |
| 7 | ANDI MILLARD, |
| 8 | Plaintiff, |
| 9 | vs. |
| 10 | TRAVEL INN, AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN; |
| 11 | and DOES 1 through 35, inclusive, |
| 12 | Defendants. |
| 13 | ANDI MILLARD, |
| 14 | Plaintiff, |
| 15 | vs. |
| 16 | THUNDERBIRD MOTEL, MICHAEL BLANK dba |
| 17 | THUNDERBIRD MOTEL; and DOES 1 through 35, inclusive, |
| 18 | Defendants. |

20     TO:   THE COURT AND ALL PARTIES:

21     Defendants LA BAER INN, EDWARDS 1991 REVOCABLE TRUST;

22  CARRIAGE HOUSE INN, EDWARD M. SILVERA dba CARRIAGE HOUSE INN, and

23  SILVERA 2001 TRUST; DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba

24  DRIFTWOOD LODGE, EDWARDS TRUST; THUNDERBIRD MOTEL, MICHAEL BLANK

25  dba THUNDERBIRD MOTEL; and TRAVEL INN, AMTHABHI PATEL and

26  SUMITRA PATEL dba TRAVEL INN hereby substitute Emard, Danoff, Port & Tamulski, LLP,

27  49 Stevenson Street, Suite 400, San Francisco, CA  94105, (415) 227-9455, in place and instead

28

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc

1  of Carol René Brophy, Esq., of the law firm of Nossaman, Guthner, Knox & Elliott, LLP,

2  50 California Street, 34th Floor, San Francisco, CA  94111, (415) 398-3600.

3      We consent to the substitution.

4  DATED:  August ___, 2005    EMARD, DANOFF, PORT & TAMULSKI LLP
5      49 Stevenson Street, Suite 400
    San Francisco, CA  94105
6      (415) 227-9455

7      By_____
    James J. Tamulski
8

9      We consent to the substitution.

10  DATED:  August ___, 2005    LA BAER INN

11

12      By_____
    Richard S. Edwards
13

14      We consent to the substitution.

15  DATED:  August ___, 2005    CARRIAGE HOUSE INN

16

17      By_____
    Edward Michael Silvera
18

19      We consent to the substitution.

20  DATED:  August ___, 2005    DRIFTWOOD LODGE AND CAFÉ

21

22      By_____
    Richard S. Edwards
23

24      We consent to the substitution.

25  DATED:  August ___, 2005    THUNDERBIRD MOTEL

26

27      By_____
    Michael Blank
28

**EMARD, DANOFF, PORT & TAMULSKI, LLP**
**49 Stevenson Street**
**Suite 400**
**San Francisco, CA  94105**

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc

1     We consent to the substitution.

2     DATED: August ___, 2005     TRAVEL INN

4                         By_____
5                              Sushil A. Patel

6     We consent to the substitution.

7     Dated: August 16, 2005     NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

8                             50 CALIFORNIA STREET, 34TH FLOOR
                             SAN FRANCISCO, CA  94111
9                             (415) 398-3600

12                          By:_____
13                             Carol René Brophy

15     Good cause appearing,

16     IT IS SO ORDERED.

18     DATED: August 17, 2005

19                             _____
20                             WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE

EMARD, DANOFF, PORT & TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc